# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Petitioner, | ) | |
| vs. | ) | No. 10-9004-MC-C-FJG-WAK |
| RACHEL L. MCCARTHY, | ) | |
| Respondent. | ) | |

## ORDER

Pursuant to the Local Court Rules of the United States District Court for the Western District of Missouri, 28 U.S.C. § 636 and governing statutes and law, the Petition to Enforce Internal Revenue Service Summons directed to Rachel L. McCarthy was referred to the United States Magistrate Judge William A. Knox for processing and handling. The Magistrate Judge has completed the processing and handling of the Petition and has filed his written Report and Recommendation. See Doc. No. 9. He recommends that Respondent McCarthy be ordered to comply with the summons issued by Revenue Officer Deborah J. May on September 22, 2009, and that such compliance should occur on a date and time agreed upon by Officer May and Respondent McCarthy, but not later than thirty days after the date of any such order directing compliance with the summons upon Respondent McCarthy.

In accordance with the requirement of 28 U.S.C. § 636, a copy of the Magistrate Judge's Report and Recommendation was served on all parties to this action. No written objections to the Report and Recommendation were filed.

The Magistrate Judge's Report is based upon the written record. This Court has reviewed that record, carefully considered the Magistrate Judge's Report, and hereby adopts, after independently determining that they are correct and proper, the findings, conclusions and recommendations of the Magistrate Judge.

Accordingly, it is hereby **ORDERED** that:

(1) respondent Rachel L. McCarthy **COMPLY** with each requirement of the summons issued by Revenue Officer May on a date and at a time agreed upon by Revenue Officer May and respondent McCarthy, but not later than thirty days after service of this Order on respondent McCarthy; and

(2) the Clerk of the Court forward a copy of this Order via regular and certified mail to Respondent Rachel L. McCarthy, 421 Alexander Avenue, Columbia, Missouri 65203-3804.

**IT IS SO ORDERED.**


Dated: 07/06/10                                             /s/ FERNANDO J. GAITAN, JR.
Kansas City, Missouri                                       Fernando J. Gaitan, Jr.
                                                            Chief United States District Judge